1052

[No. 39998-5-I.    Division One.    January 11, 1999.]

MARY ANN SATTLER, *Respondent*, v. CONSOLIDATED FOOD MANAGEMENT, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-02520-0, Michael Trickey, J., entered December 3, 1996. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Grosse and Becker, JJ.

[No. 40364-8-I.    Division One.    January 11, 1999.]

LAVITA P. EMERSON, *Respondent*, v. ROSKIND APPRAISAL SERVICE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-11618-1, Sharon S. Armstrong, J., entered March 3, 1997. *Reversed* by unpublished opinion per Baker, J., concurred in by Grosse and Appelwick, JJ.

[No. 41022-9-I.    Division One.    January 11, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. PEDRO BERNAL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-01301-8, John M. Darrah, J., entered July 21, 1997. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Grosse and Becker, JJ.